■ In the Matter of MICHAEL K. ZUMBLUSKAS, Appellant, v FREDERIC M. UMANE et al., Constituting the Board of Elections in the City of New York, Respondents, and MICHAEL R. BLOOMBERG, as Mayor of the City of New York, Respondent. [801 NYS2d 228]—Order, Supreme Court, New York County (Jacqueline W. Silbermann, J.), entered on or about August 12, 2005, unanimously affirmed, without costs or disbursements. Appeal from order, same court and Justice, entered August 17, 2005, unanimously dismissed, without costs or disbursements, as taken from a nonappealable paper. No opinion. Concur—Saxe, J.P., Friedman, Marlow, Gonzalez and Sweeny, JJ.

■ In the Matter of EDWIN MARCIAL, Respondent, v JOHN RUIZ, Appellant, et al., Respondent. [799 NYS2d 899]—Order and judgment (one paper), Supreme Court, New York County (Jacqueline W. Silbermann, J.), entered August 17, 2005, unanimously affirmed for the reasons stated by Silbermann, J., without costs or disbursements. No opinion. Concur—Saxe, J.P., Friedman, Marlow, Gonzalez and Sweeny, JJ.